UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SHUPENG LI,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. CV 5:26-04379 RAO

JUDGMENT

Pursuant to the Order Denying Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is denied and this action is closed.

DATED: August 26, 2026

/s/

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE